UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Selvenia Brooks,<br><br>                    Plaintiff,<br>    v.<br><br>Financial Asset Management Systems, Inc.;<br>and DOES 1-10, inclusive,<br><br>                    Defendant. | Civil Action No.:  10 CV 6408 |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: October 5, 2010

                                                                    Respectfully submitted,

                                                                    PLAINTIFF, Selvenia Brooks

                                                                    /s/ Sergei Lemberg

                                                                    Sergei Lemberg, Esq. (SL 6331)
                                                                    **LEMBERG & ASSOCIATES L.L.C.**
                                                                    300 International Drive, Suite 100
                                                                    Williamsville, NY 14221
                                                                    Telephone: (203) 653-2250
                                                                    Facsimile:  (877) 795-3666
                                                                    slemberg@lemberglaw.com
                                                                    Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 5, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                 By /s/ Sergei Lemberg

                                                      Sergei Lemberg