UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Selvenia Brooks, | : <br> : <br> : Civil Action No.:  10 CV 6408 <br> : <br> Plaintiff,     : <br>     v.          : <br> : <br> Financial Asset Management Systems, Inc.; : <br> and DOES 1-10, inclusive, : <br> : <br> Defendant.    : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

Selvenia Brooks ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: October 13, 2010

                                            Respectfully submitted,

                                        By: /s/ Sergei Lemberg

                                        Sergei Lemberg (SL 6331)
                                        LEMBERG & ASSOCIATES L.L.C.
                                        300 International Drive, Suite 100
                                        Williamsville, NY 14221
                                        Telephone: (203) 653-2250
                                        Facsimile:  (877) 795-3666
                                        Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 13, 2010, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Western District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                       By /s/ Sergei Lemberg

                                           Sergei Lemberg